IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CYNTHIA ADAMS,

     Appellant,

v.

                                    Case No.  5D23-0469
                                    LT Case No. 2022-CC-672

MELISSA TRUETT,

     Appellee.

_____/

Opinion filed July 25, 2023

Appeal from the County Court
for Clay County,
Kristina K. Mobley, Judge.

Cynthia Adams, Middleburg, pro se.

Melissa Truett, Middleburg, pro se.

PER CURIAM.

     AFFIRMED. <u>See</u> Fla. R. App. P. 9.315(a).

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.